This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                        **NO. 34,138**

**LIONEL ROCKYMORE,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Brett Lovelace, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellee

Jorge A. Alvarado, Chief Public Defender
Sergio J. Viscoli, Assistant Public Defender
Albuquerque, NM

for Appellant

## MEMORANDUM OPINION

**WECHSLER, Judge.**

{1}     Defendant Lionel Rockymore appeals from the district court's affirmance of the metropolitan court's sentencing order, filed after Defendant entered a conditional no contest plea to driving while under the influence of intoxicating liquor (DWI), first offense; no seat belt; and expired registration. In this Court's notice of proposed disposition, we proposed to adopt the memorandum opinion of the district court and affirm. Defendant filed a memorandum in opposition, which we have duly considered. We remain unpersuaded by Defendant's arguments and therefore affirm.

{2}     Defendant responded to our notice of proposed disposition with a memorandum in opposition, in which he recites the same facts and continues to raise the same arguments that he made in his docketing statement. "A party responding to a summary calendar notice must come forward and specifically point out errors of law and fact[,]" and the repetition of earlier arguments does not fulfill this requirement. *State v. Mondragon*, 1988-NMCA-027, ¶ 10, 107 N.M. 421, 759 P.2d 1003, *superseded by statute on other grounds as stated in State v. Harris*, 2013-NMCA-031, ¶ 3, 297 P.3d 374. Because Defendant does not raise any new arguments or issues to convince us to reconsider our proposed disposition, we adopt the district court's memorandum opinion. *See Hennessy v. Duryea*, 1998-NMCA-036, ¶ 24, 124 N.M. 754, 955 P.2d 683 ("Our courts have repeatedly held that, in summary calendar cases, the burden is

2

on the party opposing the proposed disposition to clearly point out errors in fact or law.").

{3} For the reasons stated in this opinion, our notice of proposed summary disposition, and the memorandum opinion of the district court, we affirm.

{4} **IT IS SO ORDERED.**


_____
**JAMES J. WECHSLER, Judge**


**WE CONCUR:**


_____
**LINDA M. VANZI, Judge**


_____
**J. MILES HANISEE, Judge**